IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL SALAS and VELMA NEZ,

    Plaintiffs,

v.                                        No. 1:15-cv-00197 KG/LF

PAUL MONTOYA and
CHRISTOPHER PEÑA,
in their individual capacities,

    Defendants.

## ORDER EXTENDING PRE-TRIAL ORDER DEADLINES

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Extend the Pre-Trial Order Deadlines (Doc. 34), filed February 23, 2016. The Court has considered the motion, as well as the pleadings on file in the above-captioned case, and hereby finds that the reasons stated in the motion provide good cause for granting the relief requested therein pursuant to Fed. R. Civ. P. 16.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion to Extend the Pre-Trial Order Deadlines (Doc. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The deadline for Plaintiffs to submit their portion of the proposed Pre-Trial Order to Defendants is extended from **Friday, February 26, 2016,** to **Monday, March 28, 2016**.

2. The deadline for Defendants to submit the parties' proposed Pre-Trial Order to the Court is extended from **Tuesday, March 8, 2016,** to **Friday, April 8, 2016**.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

  */s/ Elizabeth Farrington*

Paul J. Kennedy
Elizabeth A. Farrington
PAUL KENNEDY & ASSOCIATES, P.C.
201 Twelfth Street Northwest
Albuquerque, New Mexico 87102
(505) 842-8662
*Attorneys for Plaintiffs*


Approved by:

*Telephonic approval given 02/23/2016*
Deborah D. Wells
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
(505) 884-7887
*Attorneys for Defendants*