# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MICHAEL SALAS and VELMA NEZ,**

 **Plaintiffs,**

**v.**          **No. 1:15-CV-00197 KG/LF**

**PAUL MONTOYA and**
**CHRISTOPHER PEÑA,**
**in their individual capacities,**

 **Defendants.**

## <u>STIPULATED ORDER OF DISMISSAL</u>

 THIS MATTER having come before the Court on the stipulation of all parties, and the

parties having resolved the matter,

 IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above captioned

matter is dismissed with prejudice in its entirety.

           _____
           UNITED STATES DISTRICT JUDGE

Approved:

*Approved electronically*_____
Paul J. Kennedy
Elizabeth Farrington
Attorney for Plaintiffs

*/s/ Electronically by Deborah D. Wells*_____
Deborah D. Wells, Esq.
Attorney for Defendants